Randy Quaid, Pro Se
Evgenia Quaid, Pro Se
7600 Chevy Chase Drive
Chase Park, Suite 300, Quaid Films
Austin, TX, 78752
802-453-7250
eliza.George@Mail.be

| FILED |
| :---: |
| CLERK, U.S. DISTRICT COURT |
| **10/8/21** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____SE_____ DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Randy Quaid, et al

Plaintiff(s),

v.

Bruce Berman, et al

Defendant(s).

CASE NUMBER
2:21-cv-04793

**NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 7, 2021
_____
Date

Randy Quaid /s/   Evgenia Quaid /s/
_____
*Signature of Attorney/Party*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**
**Randy Quaid, et al. v. Bruce Berman, et al.**
**USDC, Central District of CA, Case No. 2:21-cv-04793-ODW-JPR**

I am employed in the County of Ventura, State of California.  I am over the age of eighteen years, and not a party to the within entitled action.  My business address is 1656 Walter Street, Ventura, CA 93003.

On **October 7, 2021**, I served the foregoing document(s) described as **CV-09 NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c);**

on the interested parties in this action as set forth in the attached service list as follows:

☐ **By Facsimile**: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **By Mail**: By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth herein.  I placed each such envelope for collection and mailing following ordinary business practices.  I am readily familiar with this office's practice for collection and processing of correspondence for mailing.  Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**By Electronic Transmission or E-Mail:** I caused a copy of the document(s) to be sent from support@rezacmeyer.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or indication that the transmission was unsuccessful.

☐ **Personal Delivery:**  By causing personal service by First Legal of the document(s) listed above to the person(s) at the address(es) set forth below, or on the attached service list.

☐ **By Golden State Overnight:** By placing the document(s) listed above in sealed Golden State Overnight envelope(s) addressed as set forth below, or as stated on the attached service list, and placing the envelope(s) for collection and overnight delivery in a Golden State Overnight box.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 7, 2021**, at Ventura, California.

Zachary Meyer

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**Randy Quaid, et al. v. Bruce Berman, et al.**
**USDC, Central District of CA, Case No. 2:21-cv-04793-ODW-JPR**

| | |
|---|---|
| MACEY A. CHAN, ESQ. <br> 450 Exchange, Suite 100 <br> Irvine, California 92602 | Telephone: (856) 914-2629 <br> E-Mail: Macey.Chan@titleresources.com <br><br> Attorney for Defendant EQUITY TITLE COMPANY |
| Michael G. King, Esq. <br> Susan J. Williams, Esq. <br> HENNELLY & GROSSFELD LLP <br> 4640 Admiralty Way, Suite 850 <br> Marina Del Rey, CA 90292 | Telephone: (310) 305-2100 <br> E-Mail: mking@hgla.com <br> swilliams@hgla.com <br><br> Attorneys for Defendants BRUCE BERMAN and NANCY GOLIGER BERMAN |
| Anjani Mandavia, Esq. <br> MANDA VIA EPHRAIM AND BURG, LLP <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 | Telephone: (310) 556-9694 <br> E-Mail: amandavia@mandaviallp.com <br><br> Attorneys for Defendant WARNER BROTHERS PICTURES |

PROOF OF SERVICE